**AFFIRMED; Opinion Filed October 20, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00260-CR

### GARY DON JENNINGS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F10-71278-K

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice Stoddart

Gary Don Jennings appeals from the adjudication of his guilt for burglary of a habitation.

*See* TEX. PENAL CODE ANN. § 30.02(a)(1) (West 2011). The trial court assessed punishment,

enhanced by a prior felony conviction, at ten years' imprisonment. On appeal, appellant's

attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit.

The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief

presents a professional evaluation of the record showing why, in effect, there are no arguable

grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.]

1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to

file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/ Craig Stoddart/
CRAIG STODDART
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130260F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GARY DON JENNINGS, Appellant

No. 05-13-00260-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 4 of Dallas County, Texas (Tr.Ct.No.
F10-71278-K).
Opinion delivered by Justice Stoddart,
Justices FitzGerald and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 20, 2014.